UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LEVI RIANTO,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. 1:12-cv-00516-AWI-SKO<br><br>ORDER ON PETITIONER'S REQUEST FOR WRIT OF CORAM NOBIS |

    Petitioner is proceeding with a petition for writ of error coram nobis.

    The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    On October 12, 2012, the Court served on the parties and counsel and filed an order finding that Petitioner has stated a claim for relief that is sufficient to require response by the government, and that the Court lacks sufficient information to determine whether laches would bar relief. (Doc. 3.) The Court ordered Petitioner's attorney of record with regard to the plea agreement executed in 2001 to submit information and a declaration

1

to the Court, and it directed the United States to file a responsive pleading.

A review of the docket reflects that there has been no response to the Court's order.

A failure to comply with an order of the Court may result in sanctions pursuant to the inherent power of the Court, federal statute, and the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991). Further, sanctions may be warranted when there has been conduct that is reckless or in bad faith. Zambrano v. City of Tustin, 885 F.2d 1473, 1478-80 (9th Cir. 1989); New Alaska Development Corp. v. Guetschow, 869 F.2d 1298, 1306 (9th Cir. 1989).

The Court hereby orders the following:

1.  Petitioner's attorney of record with regard to the plea agreement executed in 2001, Mr. Jack Revvill, is hereby REQUESTED to submit to the court any information he may have, whether recorded in notes or recollected by himself or others, that may bear upon the issue of what representations were made to Petitioner regarding the immigration consequences of the plea agreement within than twenty-one (21) days from the date of service of this order.

2.   The Clerk of the Court shall SERVE this order on Mr. Revvill on the following address:

    Mr. Jack Revvill
    2950 Mariposa Street
    Fresno, CA

3.  Respondent United States is hereby ORDERED to file and serve a responsive pleading to Petitioner's request for writ of coram nobis not later than twenty-one (21) days from the date of service of Mr. Revvill's statement.

4. The court will schedule such further hearings as it deems necessary upon receipt of Mr. Revvill's declaration or statement and Respondent's response.

IT IS SO ORDERED.

Dated:   February 10, 2014                    _____
                                              SENIOR DISTRICT JUDGE