UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LEVI RIANTO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 1:12-cv-00516-DAD-SKO<br><br><u>Order Directing U.S. Attorney's Office to File Responsive Pleading and Directing Clerk to Serve Order on U.S. Attorney's Office</u> |

This matter was reassigned to the undersigned district judge on December 4, 2015. (Doc. No. 7). This petition for writ of *coram nobis* was originally filed on April 4, 2012, and alleges that petitioner received constitutionally ineffective counsel in an underlying criminal case. (Doc. No. 1). Petitioner alleges his trial counsel failed to adequately disclose the immigration consequences of his pleading guilty to the underlying criminal charge, and that had trial counsel provided sufficient guidance on this topic, petitioner would have either demanded a different plea agreement or insisted on going to trial. (Doc. No. 1).

In an order dated October 12, 2012, the District Judge previously assigned to this action found petitioner had set forth sufficient facts supporting the petition for a writ of *coram nobis* such that he had stated a cognizable claim for relief. (Doc. No. 3, at 10). Therein, the court ordered petitioner's counsel of record at the time of the underlying criminal conviction—attorney Jack Revvill—to submit to the court, within twenty-one (21) days, any information he possessed

1

1  involving what representations the defense attorney had made to petitioner concerning the
2  immigration consequences of his plea agreement.  (Doc. No. 3, at 10–11).  The previously
3  assigned District Judge also ordered respondent to file and serve a responsive pleading to the
4  petition for a writ of *coram nobis* within twenty-one (21) days of trial counsel's submission.
5  (Doc. No. 3, at 11).  However, petitioner's trial counsel made no submission, and respondent
6  served no responsive pleading, following the issuance of the October 12, 2012 order.

7        On February 10, 2014, the previously assigned District again ordered attorney Revvill to
8  submit the above information to the court within twenty-one (21) days.  (Doc. No. 4, at 2).  The
9  respondent was similarly ordered to file a responsive pleading twenty-one (21) days following
10 Mr. Revvill's submission.  (Doc. No. 4, at 2).  On March 3, 2014, Mr. Revvill submitted a
11 declaration under seal to this court.  (Doc. No. 5 at 1).

12       On December 4, 2015, this action was reassigned to the undersigned.  It has now come to
13 the attention of the court that no designated attorney of record for the government has ever
14 appeared in this matter, and there is no indication in the court docket that any of the orders or
15 other documents filed herein have ever been served on the U.S. Attorney's Office for the Eastern
16 District of California.  However, given that the court has already found the petition to have stated
17 a cognizable claim for relief, required trial counsel for petitioner to file a declaration, and issued
18 orders for the respondent to file a responsive pleading, the court now direct the U.S. Attorney's
19 Office to file a responsive pleading within twenty-one (21) days of service of this order.

20       For the reasons set forth above:

21     1. The U.S. Attorney's Office, Eastern District of California, is directed to file a
22 responsive pleading to petitioner's writ of *coram nobis* within twenty-one (21) days of service of
23 this order; and

24     2. The Clerk of the Court is directed to serve this order, as well as the petition for writ of
25 *coram nobis* (Doc. No. 1), the court's October 12, 2012 order on petitioner's writ of *coram nobis*
26 (Doc. No. 3), the court's February 11, 2014 order on petitioner's writ of *coram nobis* (Doc. No.
27 4), the court's April 8, 2014 order granting a request to file under seal to trial counsel (Doc. No.
28 /////

5), and the court's order transferring the case to the undersigned (Doc. No. 7), on the U.S. Attorney's Office at:

>Benjamin B. Wagner
>U.S. Attorney's Office, Eastern District of California
>Robert E. Coyle United States Courthouse
>2500 Tulare Street, Suite 4401
>Fresno, CA 93721

IT IS SO ORDERED.

Dated:   **January 22, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE