BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 1:12-CV-00516-DAD-SKO |
| --- | --- |
| Plaintiff, | [1:01-CR-05063-AWI] |
| v. | GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PETITION FOR WRIT OF ERROR *CORAM NOBIS*; ORDER |
| NICHOLAS RIANTO, | |
| Defendant. | Hon. Dale A. Drozd |

The United States, by and through its attorney, Assistant United States Attorney Henry Z. Carbajal III, hereby requests an extension of time to **April 18, 2016** to file its response to defendant's petition for a writ of error *coram nobis*. Dkt. No. 1.

On January 25, 2016, the Court ordered the United States Attorney's Office to file a response to the defendant's writ of error *coram nobis* petition by February 16, 2016. Dkt. No. 8. The matter was then assigned to the undersigned attorney. The criminal case underlying the petition dates back to 2001. In preparation for responding to the defendant's petition, the undersigned attorney has taken the following steps. The undersigned attorney ordered the closed case file from the USAO file archives, asked the court clerk's office to order the 2001 case file from archives for this attorney's review,[1] has ordered and obtained the transcripts of the

---
[1] The undersigned has been informed that the clerk's office now has the file available for review.

1  defendant's guilty plea and sentencing hearings and has obtained a copy of defense counsel's
2  declaration filed in this manner in response to the defendant's petition.
3      The undersigned has also commenced legal research regarding the viability of the
4  petitioner's claims.  However, given the complexity of the issues and the 2012 order from Judge
5  Ishii, the United States requests additional time to complete its legal research and draft its
6  response.  For example, the government believes that the intervening Supreme Court decision in
7  *Chaidez v. United States*, 133 S.Ct. 1103 (2013) overrules at least a portion of the Court's 2012
8  order on the *coram nobis* petition.  The government needs additional time to conduct further
9  research on the matter to determine whether intervening case precedent forecloses all of the
10  defendant's claims.
11      Moreover, it appears from the record that the defendant's counsel provided a declaration
12  regarding his communications with the defendant at the court's request without a motion or order
13  finding a waiver of the attorney client privilege.  The government would like the opportunity to
14  make a formal motion in this regard and conduct discovery into defense counsel's communications
15  with Rianto regarding the defendant's ineffective assistance of counsel claims in addition to the
16  declaration filed with the Court.

**ORDER**

GOOD CAUSE APPEARING, the United States' motion for extension of time to file a response to the defendant's petition for writ of error *coram nobis* is GRANTED.  The United States shall file and serve its responsive pleading on or before April 18, 2016.

IT IS SO ORDERED.

Dated:   **February 12, 2016**              _____
                                            UNITED STATES DISTRICT JUDGE