BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS RIANTO,<br><br>Defendant. | CASE NO.  1:12-CV-00516 DAD<br>[1:01-CR-05063  AWI]<br><br>GOVERNMENT'S SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PETITION FOR WRIT OF ERROR *CORAM NOBIS*;  ORDER<br><br>Hon. Dale A. Drozd |

      The United States, by and through its attorney, Assistant United States Attorney Henry Z. Carbajal III, hereby requests a second extension of time to **May 18, 2016** to file its response to defendant's petition for a writ of error *coram nobis*.  Dkt. No. 1.

      On January 25, 2016, the Court ordered the United States Attorney's Office to file a response to the defendant's writ of error *coram nobis* petition by February 16, 2016.  Dkt. No. 8. The matter was then assigned to the undersigned attorney.  The criminal case underlying the petition dates back to 2001.  On February 12, 2016, the Court granted an initial extension of time of 60 days for the government to file its response to the defendant's *coram nobis* petition, resulting in a due date of April 18, 2016.  The government now requests an additional extension of time of 30 days to complete its response.

      The undersigned is conducting additional legal research regarding the viability of the

petitioner's claims and is in the process of drafting its response to the defendant's petition. The undersigned also plans to file a formal motion to conduct discovery into defense counsel's communications with Rianto regarding the defendant's ineffective assistance of counsel claims in addition to the declaration filed with the Court. Because the undersigned has also been drafting another brief in the interim, which is due to the Ninth Circuit on April 20, 2016, an extension of time for 30 more days in this case is necessary.

## ORDER

GOOD CAUSE APPEARING, the United States' second motion for extension of time to file a response to the defendant's petition for writ of error *coram nobis* is GRANTED. The United States shall file and serve its responsive pleading on or before May 18, 2016.

IT IS SO ORDERED.

Dated:   **April 14, 2016**

_____
UNITED STATES DISTRICT JUDGE