PHILLIP A. TALBERT
Acting United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS RIANTO,<br><br>Defendant. | CASE NO. 1:12-CV-00516 DAD<br>[1:01-CR-05063 AWI]<br><br>GOVERNMENT'S THIRD MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PETITION FOR WRIT OF ERROR *CORAM NOBIS*; ORDER<br><br>Hon. Dale A. Drozd |

The United States, by and through its attorney, Assistant United States Attorney Henry Z. Carbajal III, hereby requests a third, and final, extension of time to **May 25, 2016** to file its response to defendant's petition for a writ of error *coram nobis*. Dkt. No. 1.

On January 25, 2016, the Court ordered the United States Attorney's Office to file a response to the defendant's writ of error *coram nobis* petition by February 16, 2016. Dkt. No. 8. The matter was then assigned to the undersigned attorney. The criminal case underlying the petition dates back to 2001. On February 12, 2016, the Court granted an initial extension of time of 60 days for the government to file its response to the defendant's *coram nobis* petition, resulting in a due date of April 18, 2016. Because, in part, the undersigned was also drafting another brief

1

in the interim, due to the Ninth Circuit on April 20, 2016, the government requested a second extension of time for 30 days to May 18, 2016.

In the interim 30 days, the government has obtained a copy of defendant Rianto's alien file from immigration authorities, including copies of the decisions of the immigration courts regarding Rianto's deportation proceedings. These documents also include several copies of judgments of criminal convictions in state matters that may affect Rianto's ineffective assistance of counsel claims in the instant case. However, the government was not able to confirm a witness from ICE or Homeland Security to authenticate the documents in a declaration or at a hearing, should the Court find one necessary, until the date of this motion. The government requests a final 7-day extension to be able to prepare a declaration authenticating this additional information and complete its opposition. Barring exceptional or emergency circumstances, the government does not anticipate any further extension requests for its opposition.

Dated:  May 17, 2016               PHILLIP A. TALBERT
                                   Acting United States Attorney

                              By:  /s/ HENRY Z. CARBAJAL III
                                   HENRY Z. CARBAJAL III
                                   Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, the United States' third motion for extension of time to file a response to the defendant's petition for writ of error *coram nobis* is GRANTED. The United States shall file and serve its responsive pleading on or before **May 25, 2016**.

IT IS SO ORDERED.

Dated:  **May 17, 2016**              _____
                                      UNITED STATES DISTRICT JUDGE

2